# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 9, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155184

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

RYAN LASHAWN CHATMAN,
        Defendant-Appellee.

SC:  155184
COA:  328246
Wayne CC:  15-000181-FC

_____/

On order of the Court, the application for leave to appeal the December 6, 2016 judgment of the Court of Appeals is considered.  We direct the Clerk to schedule oral argument on whether to grant the application or take other action.  MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the trial court's questioning of witnesses improperly influenced the jury by creating the appearance of advocacy or partiality against a party.  See *People v Stevens*, 498 Mich 162 (2015).  The parties should not submit mere restatements of their application papers.



s0606

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2017



Clerk